1

2

3

4

5                           **UNITED STATES DISTRICT COURT**

6                                **DISTRICT OF NEVADA**

7   DAVID LYNN HARRISON,                )
                                        )
8            Plaintiff,                  )
                                        )
9        v.                              )          2:16-cv-01371-JAD-NJK
                                        )
10  NEVADA DEPT OF CORRECTIONS et al.,   )          **ORDER**
                                        )
11           Defendants.                 )
                                        )
12  _____ )

13  **I.    DISCUSSION**

14          Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections

15  ("NDOC"), has submitted a petition for maturity claim/counterclaim and maturity of

16  counterclaim. (ECF No. 1-1, 1-2). Plaintiff has not submitted a civil rights complaint pursuant

17  to 42 U.S.C. § 1983 and has not paid the full filing fee for this matter or filed an application to

18  proceed *in forma pauperis*.

19          Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing

20  a complaint with the court." Fed. R. Civ. P. 3.  The Court grants Plaintiff thirty (30) days from

21  the date of this order to submit a complaint to this Court.

22          Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an

23  application to proceed *in forma pauperis* and attach both an inmate account statement for the

24  past six months and a properly executed financial certificate.  Plaintiff will be granted an

25  opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full

26  filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis*

27  he must file a fully complete application to proceed *in forma pauperis*.

28  //

## II.      CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Plaintiff shall submit a complaint to this Court within **thirty (30) days** from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.  The Clerk of the Court shall also send Plaintiff a copy of his petition for maturity claim/counterclaim and maturity of counterclaim (ECF No. 1-1, 1-2).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This ___20th___ day of June, 2016.

_____
United States Magistrate Judge

2